EILEEN PRICEMAN, an Infant, by Her Guardian ad Litem, DAVID PRICEMAN, et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Supreme Court, Appellate Term, Second Department, May 10, 1951.

*John P. McGrath, Corporation Counsel (Abraham Satran* of counsel), for appellant.

*Jacob Weidenbaum* for respondents.

*Per Curiam.* The City Court of the City of New York has no jurisdiction to entertain an application for leave to serve a late notice of claim upon the City of New York (*Meier* v. *City of New York,* 199 Misc. 305). Failure to comply with the requirements of section 50-e of the General Municipal Law nullifies the judgment recovered by the infant plaintiff. (See *Chavers* v. *City of Mount Vernon,* 301 N. Y. 634.)

The order, so far as appealed from, should be unanimously reversed upon the law, without costs, and motion denied, without costs; the judgment should be unanimously reversed upon the law, without costs, and complaint dismissed, without costs.

FENNELLY, BELDOCK and WALSH, JJ., concur.

Order reversed, etc.